PIETRO GANGUZZA, Appellant, *v.* ANCHOR LINE (HENDERSON BROTHERS, LIMITED), Respondent.

*Ganguzza* v. *Anchor Line,* 97 App. Div. 352, affirmed.
(Argued February 5, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 22, 1904, affirming a judgment in favor of defendant

35

entered upon a verdict and an order denying a motion for a new trial.

*Louis O. Van Doren* for appellant.

*Everett Masten* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.